# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KENDRA DANDY, | |
| Plaintiff, | Case No.: 1:25-cv-00103 |
| v. | Judge Elaine E. Bucklo |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, February 19, 2025, at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Elaine E. Bucklo of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in First Amended Schedule A.

Appearances in Court will not be required, and the Court will rule by written order. The presentment date is for tracking purposes only.

DATED: February 12, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                 /s/ *Keith A. Vogt*
                                                 Keith A. Vogt, Esq.