IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KENDRA DANDY,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-00103

Judge Elaine E. Bucklo

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | 88Newspaper |
| 5 | Vohawsa |
| 28 | VAJKhsb 7-15 Days Arrival |
| 30 | HUANZH |
| 31 | ZHULUH(✈7-14 Days) |
| 33 | yunchengshiyanhuqujianglandianzishangwuyouxiangong |
| 34 | HuundMGQ(SHIPPING TIME: 7-15DAYS) |
| 35 | TAQUAN |
| 37 | Yawcg |
| 40 | QIUSKYCHENG |
| 42 | guangxibangtuoxinxikejiyouxiangongsi |
| 43 | Sayailian |
| 45 | ShoPen |
| 72 | LISMALLFEI |
| 73 | F-Friday |
| 74 | QHIKfgfjg |
| 79 | Hfyihgf |
| 104 | caiqieshangmao |

DATED:  February 19, 2025       Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 19, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt